Artis-Ray: Cash Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
831-346-2562

FILED
2025 AUG 25 PM 2:09
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Artis- Ray: Cash Jr.
**PLAINTIFF/PETITIONER**

v.

Monterey Financial Services, LLC,
**DEFENDANT/RESPONDENT**

CASE NUMBER: 2:25cv 08008-DSF-(AGRx)

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, Artis- Ray: Cash Jr. declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed? ☑ Yes ☐ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: $2,100, ARCJR, LLC, 453 South Spring Street, Suite 400 PMB 1211, Los Angeles, CA 90013

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    | Source | Yes | No |
    |---|---|---|
    | Public benefits? | ☐ | ☑ |
    | Business, profession or form of self-employment? | ☑ | ☐ |
    | Rent payments, interest or dividends? | ☐ | ☑ |
    | Pensions, annuities or life insurance payments? | ☐ | ☑ |
    | Gifts or inheritances? | ☐ | ☑ |
    | Any other income (other than listed above)? | ☐ | ☑ |
    | Loans? | ☐ | ☑ |
    | Any other income (other than listed above)? | ☐ | ☑ |

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Self-employment - $2,500, Other (settlement awards) - $16,500. Total - $19,000

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable) ☑ Yes  ☐ No

If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. _Chime $100, First Entertainment Credit Union $10._

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No

If you answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax Return? _2024_
   Approximately how much income did your last return reflect? _$15,000_

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _None_

7. Estimate your average monthly expenses below:

| | | | | |
|---|---|---|---|---|
| Housing | $850 | Credit Cards | $250 |
| Transportation | $100 | Child Care | 0 |
| Food | $500 | Insurance | 0 |
| Medical | 0 | Loans | 0 |
| Utilities | $100 | Other | 0 |

_California_
State

_Los Angeles_
County (or City)

I, _Artis-Ray. Cash Jr._ declare under penalty of perjury that the foregoing is true and correct. Executed on:

_August 25, 2025_
Date

_Artis Ray Cash_
Plaintiff (Signature)