Artis-Ray: Cash, Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
(831) 346-2562
artiscashjr@yahoo.com

Plaintiff in Pro Per



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTIS-RAY: CASH JR.**, <br><br>Plaintiff, <br><br>vs. <br><br>**MONTEREY FINANCIAL SERVICES, LLC,** <br><br>Defendant. | CASE NO.: 2:25-cv-08008-JWH-ADS <br><br> **PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING IFP** <br><br> **Honorable Judge John W. Holcomb** |

Plaintiff Artis-Ray: Cash Jr. ("Plaintiff") respectfully moves this Court for reconsideration of its Order dated September 12, 2025, denying Plaintiff's application to proceed in forma pauperis ("IFP"). This action arises under the Fair Credit Reporting Act, Fair Debt Collection Practices Act, and Rosenthal Fair Debt Collection Practices Act, concerning inaccurate reporting, and Plaintiff should not be barred from pursuing these rights due to inability to pay.

**I. INTRODUCTION**

The Court denied Plaintiff's IFP application citing settlement funds previously received. While Plaintiff acknowledges receipt of those settlements, those funds are no longer available due to repayment of debts and ongoing medical expenses from an accident. The relevant standard is

1
PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING IFP

Plaintiff's **current financial ability to pay**. Presently, Plaintiff lacks the resources to pay the filing fee without sacrificing the necessities of life.

## II. LEGAL STANDARD

Under 28 U.S.C. § 1915(a)(1), a litigant may proceed IFP upon showing inability to pay court fees. The statute is designed to ensure that indigent litigants have meaningful access to the courts. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948) ("We think an affidavit is sufficient which states that one cannot because of his poverty 'pay or give security for the costs … and still be able to provide' himself and dependents 'with the necessities of life.'").

Courts must consider **current financial condition**, not merely past income or isolated receipts. See *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (reversing IFP denial where court relied on past resources without considering present hardship).

## III. ARGUMENT

1. **Plaintiff's Current Inability to Pay**

   - Plaintiff has no savings or assets sufficient to cover the $405 filing fee.

   - Settlement proceeds referenced by the Court have been exhausted on legitimate debts, housing costs, and medical expenses related to a scooter accident.

2. **Ongoing Necessary Expenses Outweigh Income**

   - Plaintiff's monthly income is consumed by rent, utilities, food, and significant medical bills.

   - Payment of the filing fee would require foregoing essential medical care and living necessities.

2

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING IFP**

3. **Good Faith Disclosure**

- Plaintiff disclosed prior settlements in good faith and did not intend to conceal assets.

- The Court's denial appears to treat past receipts as present ability, which is inconsistent with the statutory and constitutional purpose of IFP.

4. **Access to Justice Concerns**

- Denying IFP effectively bars Plaintiff from pursuing legitimate claims under the Fair Credit Reporting Act and related statutes, contrary to the policy favoring liberal construction of § 1915.

## IV. RELIEF REQUESTED

For the foregoing reasons, Plaintiff respectfully requests that the Court:

1. Reconsider and vacate its September 12, 2025 Order denying IFP;

2. Grant Plaintiff's IFP application; or in the alternative,

3. Permit Plaintiff to reinstate the case upon payment of the filing fee within a reasonable time if the Court continues to find IFP unavailable.

## V. CONCLUSION

Plaintiff is indigent under § 1915 and cannot presently pay the filing fee without sacrificing the necessities of life. The Court should reconsider its denial and allow this action to proceed IFP.

Respectfully submitted,

**/s/ Artis Ray Cash Jr**

3

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING IFP**

**Artis-Ray: Cash Jr.**

Pro Se Plaintiff

Dated: September 12, 2025

4

PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING IFP

**EXHIBIT A**

# Dignity Health.

CALIFORNIA MEDICAL CENTER - LA
FILE 0898
LOS ANGELES, CA 900746898

Statement Date: 6/09/25
213 748-2411

In case of error on your bill, please inquire in writing to the above address within 60 days.

| Patient | Admission No. | Admitted | Discharged | Page |
|---|---|---|---|---|
| CASH, ARTIS JR R | 114548704 | 6/04/2025 | 6/04/2025 | 1   D |
| | MR#: 1053-82-10 | PT TYPE E | | |

Guarantor:
ARTIS JR RAY CASH
453 S SPRING ST
SUITE 400 PMB 1211
LOS ANGELES, CA 90013

| Ins. Code | Insurance Company | Insurance I.D. Number |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

| Charge # | Service Date | CPT4/SMA Code | Mod. | Bill/Rev Code | Qty. | Service Description | Hospital Charge |
|---|---|---|---|---|---|---|---|
| | | | | 0250 | | PHARMACY | |
| 6000031 | 6/04/25 | Z7610 | | 0250 | 2 | ACETAMINOPHEN 500MG | 4.00 |
| 6000662 | 6/04/25 | Z7610 | | 0250 | 2 | CEPHALEXIN 500MG CAP | 14.00 |
| | | | | | | ** SUBTOTAL ** | 18.00 |
| | | | | 0320 | | RADIOLOGY - DIAGNOSTIC - | |
| 1422427 | 6/04/25 | 73564 | TC | 0320 | 1 | XR KNEE 4+ VIEWS RT | 1,000.00 |
| 1401918 | 6/04/25 | 73130 | TC | 0320 | 1 | XR HAND 3+ VIEWS LT | 843.00 |
| 1427384 | 6/04/25 | 73564 | TC | 0320 | 1 | XR KNEE 4+ VIEWS LT | 1,000.00 |
| | | | | | | ** SUBTOTAL ** | 2,843.00 |
| | | | | 0351 | | CT SCAN - HEAD SCAN | |
| 1500008 | 6/04/25 | 70450 | TC | 0351 | 1 | CT HEAD WO CON | 4,669.00 |
| | | | | | | ** SUBTOTAL ** | 4,669.00 |
| | | | | 0450 | | ER | |
| 2332864 | 6/04/25 | Z7502 | | 0450 | 1 | ED LEVEL 4 W/ PROCEDU | 4,266.00 |
| | | | | | | ** SUBTOTAL ** | 4,266.00 |
| | | | | | | *** TOTAL CHARGES --> | 11,796.00 |

ALL BILLS DUE AND PAYABLE UPON RECEIPT. PATIENT AMOUNT DUE IS SUBJECT TO REVISION BASED ON ACTUAL COVERAGE WHEN PAID. CHARGES OR CREDITS NOT IN THE BUSINESS OFFICE AT TIME OF THIS STATEMENT WILL BE BILLED TO YOU AT A LATER DATE.

*Thank You!*   11,796.00

**PAY THIS AMOUNT**

**EXHIBIT B**



FIRST ENTERTAINMENT CREDIT UNION
firstent.org | 888.800.3328
P.O. Box 100 Hollywood, CA 90078-0100

**STATEMENT OF ACCOUNT**

| Member No. | Statement Period | Page |
|---|---|---|
|  | 08/01/25 Thru 08/31/25 | 0 |

| ACCOUNT BALANCE SUMMARY | | |
|---|---|---|
| 00 | FIRST500 SAVINGS | $ 1.00 |
| 80 | VALUE CHECKING | $ 6.69 |

ARTIS CASH JR

**VALUE CHECKING Is Now Even MORE VALUABLE!**

With $1,000 or more in direct deposits per month, you'll get additional benefits like this one.[1]

Up to $15 in ATM surcharge-fee rebates per month when using non-First Entertainment ATMs and no foreign ATM fees. That adds up to $180 back per year!

Open a Value Checking Account today. Have a Value Checking Account already? Start using your debit card around the globe!

Terms and conditions apply. For full details on requirements and eligibility, visit firstent.org/personal/checking-accounts/. Membership eligibility rules apply. Federally insured by NCUA.

### FIRST500 SAVINGS #00

| Beginning Balance | Deposits/Credits | Withdrawals/Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $ 1.00 | $ 0.00 | $ 0.00 | $ 1.00 | $ 0.00 |

| Transaction Date | Posting Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
|  | 08/01/25 | Balance Forward |  |  | 1.00 |
|  |  | No Activity this Period |  |  |  |

### VALUE CHECKING #80

| Beginning Balance | Deposits/Credits | Withdrawals/Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $ 40.36 | $ 0.00 | $ 33.67 | $ 6.69 | $ 0.00 |

| Transaction Date | Posting Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|

| *Fee Summary* | Month to Date | Year to Date |
|---|---|---|
| Total Overdraft Fees | $ 0.00 | $ 89.00 |

### YTD Reporting Information:

Total Dividends Paid Year to Date:        $        0.00

 Equal Housing Opportunity

 **NCUA** This credit union is federally insured by the National Credit Union Administration.

**EXHIBIT C**



Member Services
(844) 244-6363

Artis Cash
453 South Spring Street, 400 PMB1211
Los Angeles, CA 90013

## Checking Account Statement

**Account number**

**Statement period**
August 2025 (August 01, 2025 - August 31, 2025)

### Summary

| | |
|---|---|
| Beginning balance on August 01, 2025 | |
| Deposits | |
| ATM Withdrawals | |
| Purchases | |
| Adjustments | |
| Transfers | |
| Round Up Transfers | |
| Fees | |
| SpotMe Tips | |
| **Ending balance on August 31, 2025** | **$3.00** |

### Transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | NET AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|---|